# Court of Appeals
# of the State of Georgia

ATLANTA,  April 10, 2023

*The Court of Appeals hereby passes the following order:*

## A23A0140. JAMES MICHAEL MCGLAMRY v. THE STATE.

Following a bench trial, the probate court of Crisp County found James Michael McGlamry guilty of hit and run, weaving over the roadway, and driving under the influence. McGlamry filed a motion for new trial, which the probate court denied. He then filed this appeal.

Although McGlamry directed his appeal to the Court of Appeals, the probate court's judgment is subject to appellate review in the superior court. See *Copeland v. White*, 178 Ga. App. 644, 645 (344 SE2d 436) (1986) ("Following his conviction by the probate court . . . [the defendant] had two alternate post-conviction remedies, a right of appeal to the superior court within thirty days under OCGA § 5-3-2 and 5-3-20, and application for certiorari under OCGA § 5-4-3."); OCGA § 5-3-2 ("An appeal shall lie to the superior court from any decision made by the probate court, except an order appointing a temporary administrator."). See also OCGA § 40-13-28 ("Any defendant convicted under this article[, which includes the offenses of which McGlamry was convicted,] shall have the right of appeal to the superior court.").

Under Court of Appeals Rule 11 (b), "[w]hen an appeal or application filed in this Court is within the jurisdiction of another court, it shall be transferred by order

to that court." Accordingly, this appeal is hereby REMANDED to the probate court, which is DIRECTED to forward the case to the superior court of Crisp County.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  04/10/2023*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*